

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2018

No. 04-18-00747-CV

Marcelo **GALVAN** Jr. and Analicia R. Galvan,
Appellants

v.

Cledson Macedo de **CARVALHO** and Kristina Carvalho,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001835-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

To date, appellants Marcelo Galvan Jr. and Analicia R. Galvan have failed to pay the applicable filing fee in this appeal. Texas Rule of Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We, therefore, ORDER appellants, no later than ten (10) days of the date of this order, to either (1) pay the applicable filing fee in this appeal or (2) provide written proof to this court that they are excused by statute or these rules from paying the filing fee. *See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs). **If appellants fail to respond within the time provided, this appeal will be dismissed.** *See* **TEX. R. APP. P. 42.3(c).**

Additionally, appellants' docketing statement, which was due on October 26, 2018, has not been filed. We ORDER appellants, no later than fourteen (14) days of the date of this order to file a docketing statement.



Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2018.

KEITH E. HOTTLE,
Clerk of Court